# IN THE SUPREME COURT OF THE STATE OF NEVADA

AMBER GALBRAITH, INDIVIDUALLY;
HEATH LEWIS, INDIVIDUALLY; AND
LEWIS CAPITAL PARTNERS, LLC,
Appellants,
vs.
THE BANK OF NEW YORK MELLON
CORPORATION, F/K/A THE BANK OF
NEW YORK, AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF CWABS,
INC., CHL MORTGAGE PASS-
THROUGH TRUST 2005-11,
MORTGAGE PASS THROUGH
CERTIFICATES, SERIES 2005-11,
Respondent.

No. 77699



FILED

JAN 11 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on December 19, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A B

cc: Hon. Nancy L. Allf, District Judge
Law Offices of P. Sterling Kerr
Akerman LLP/Las Vegas
Eighth District Court Clerk